UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNEST BOYD, a/k/a CAPRICE
RODRIGUES, JOE BENJUN BONDEMAD,
JOE BONIMO,

                Plaintiff,

-vs-                                                        Case No. 8:05-cv-1451-T-24TBM

JUDGE W. HEINRICH,

                Defendant.
_____

## **ORDER**

    Pro se prisoner Plaintiff filed a Complaint against Defendant Heinrich, alleging that Defendant refused to appoint a public defender to represent him. A search of the public records shows that Plaintiff is incarcerated on Hillsborough County charges of aggravated battery on a pregnant woman and that he is represented by Hillsborough County Public Defender Lashay Sanchez.

    The essence of Plaintiff's present complaint is that Judge Heinrich did not appoint a public defender to determine whether a South Carolina fugitive warrant remains outstanding. Plaintiff was charged with robbery in the South Carolina case, and he claims that the charges were dismissed. Plaintiff's public defender will investigate and address this claim.

    Plaintiff has failed to demonstrate that any of his rights have been denied, and his case will be dismissed.

    Accordingly, the Court orders:

1. That Plaintiff's complaint is dismissed, with prejudice. The Clerk is directed to enter judgment against Plaintiff and to close this case.

2. That Plaintiff is assessed the $250.00 filing fee and the Clerk is directed to send a copy of this order to Inmate Accounting at the Orient Road Jail, Hillsborough County, Florida.

ORDERED at Tampa, Florida, on August 5, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Ernest Boyd
a/k/a Joe Bonimo, Booking No. 05030427